**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY J. BUCKNER, et al., | No. 2:23-CV-1579-DMC-P |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| ASHLEY TAYLOR, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the Court is Plaintiffs' motion for leave to proceed in forma pauperis, ECF No. 2. Plaintiffs' complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiffs are unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion for leave to proceed in forma pauperis, ECF No. 2, is granted.

Dated:  August 22, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE