UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY J. BUCKNER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASHLEY TAYLOR, et al.,<br><br>Defendants. | No. 2:23-cv-01579-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 6) |

Plaintiffs Courtney J. Buckner—an inmate at the Rio Consumnes Correctional Center—and Silvia Lopez Buckner—who is not incarcerated—are proceeding *pro se* and *in forma pauperis* in this action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because this court does not have subject matter jurisdiction over plaintiffs' claim. (Doc. No. 6.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 25, 2023 (Doc. No. 6) are adopted in full;
2. This action is dismissed due to this court's lack of jurisdiction over plaintiffs' claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 18, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE